Elizabeth K. Green, Esq. SBN 199634
e-mail: egreen@greenhealthlaw.com
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
Telephone: (818) 722-1164

Attorneys for Plaintiff,
Andi Cox

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANDI COX,

          Plaintiff,

    v.

WSP USA INC. GROUP INSURANCE PLAN,

          Defendant.

Case No.: 24-cv-08812-HSG

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER**

TO THE HONORABLE HAYWOOD S. GILLIAM, JR. AND HIS COURT CLERK:

IT IS HEREBY STIPULATED, by and between Plaintiff Andi Cox Defendant WSP USA Inc. Group Insurance Plan, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: January 28, 2026          GREEN HEALTH LAW, APC


                                 By:  /s/ *Elizabeth K. Green*
                                     Elizabeth K. Green
                                     Attorneys for Plaintiff
                                     Andi Cox


Dated: January 28, 2026          HOLLAND & KNIGHT LLP


                                 By:  /s/ *Rachel Agius*
                                     Rachel Agius
                                     Attorney for Defendant
                                     WSP USA Inc. Group Insurance Plan


*Filer's Attestation: Elizabeth K. Green hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*


### ORDER FOR DISMISSAL  OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.


DATED:      1/28/2026            _____
                                HAYWOOD S. GILLIAM, JR.

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER

Green Health Law, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203